IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, INC., et al.,[1] | ) ) ) ) | Case No. 06-11202 (KJC) |
|  | ) ) | Jointly Administered |
| Debtors. | ) ) | Re: Docket Nos. 1982 and 2038 |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submit this designation of additional items to be included in the record on appeal and transmitted to the District Court for the District of Delaware in connection with the appeal of the Bankruptcy Court's October 4, 2007 *Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement* [Docket No. 1974][2].

---

[1] The Debtors in these proceedings are: Adwest Electronics Inc., Atwood Automotive, Inc., Atwood Mobile Products, Inc., Automotive Aviation Partners, LLC, Creation Group Holdings, Inc., Creation Group Transportation, Inc., Creation Group, Inc., Creation Windows, Inc., Creation Windows, LLC, Dura Aircraft Operating Company, LLC, Dura Automotive Canada ULC, Dura Automotive Systems (Canada), Ltd., Dura Automotive Systems Cable Operations, Inc., Dura Automotive Systems of Indiana, Inc., Dura Automotive Systems, Inc., Dura Brake Systems, L.L.C., Dura Cables North LLC, Dura Cables South LLC, Dura Canada LP, Dura Fremont L.L.C., Dura Gladwin L.L.C., Dura Global Technologies, Inc., Dura G.P., Dura Holdings Canada LP, Dura Holdings ULC, Dura Mancelona L.L.C., Dura Ontario, Inc., Dura Operating Canada LP, Dura Operating Corp., Dura Services L.L.C., Dura Shifter L.L.C., Dura Spicebright, Inc., Kemberly, Inc., Kemberly, LLC, Mark I Molded Plastics of Tennessee, Inc., Patent Licensing Clearinghouse L.L.C., Spec-Temp, Inc., Trident Automotive Canada Co., Trident Automotive, L.L.C., Trident Automotive, L.P., Trident Automotive Limited, and Universal Tool & Stamping Company, Inc.

[2] The Appellants (as defined more fully in the Notice of Appeal [Docket No. 1982] filed on October 5, 2007) are certain beneficial holders of approximately $95,000,000 in face amount of 9% senior subordinated notes due May 2009, issued by Dura Operating Corp.

**Designation of Additional Items Filed in Bankruptcy Court to Be Included in the Record[3]**

| Exhibit # | Docket #[4] | Description |
|---|---|---|
| 1. | 1017 | Debtors' First Interim Report on Status of Reorganization |
| 2. | 1112 | Affidavit of David Harbert, Chief Financial Officer of Dura Automotive Systems, Inc., in Support of Debtors' Second Motion for Entry of an Order Extending the Section 1121(c)(2) and (3) Exclusive Periods |
| 3. | 1257 | Declaration of Durc Savini in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 363(b) and 364 Approving Amendments to Postpetition Creditor Agreements and Authorizing the Debtors to Pay Fees in Connection with Such Amendments |
| 4. | 1304 | Notice of Filing of (I) Redacted Declaration of Anthony C. Flanagan, Managing Director of AlixPartners, LLP, in Support of Debtors' Motion for entry of an Order Authorizing Certain Incentive Payment to Tier I KMIP Participants for Their Work in Completing the Debtors' Five Year Business Plan and (II) (Redacted) Debtors' Written Presentation on the Business Plan, Dated May 31, 2007 |
| 5. | 1314 | Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for Entry of an Order Authorizing the Business Plan Metric Payment to the Tier 1 KMIP Participants |
| 6. | 1842 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 7. | 1862 | Debtors' Brief in Support of Motion for Order (A) Approving Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain hearing Dates and Deadlines in Connection with the Proposed confirmation of the Debtors' Proposed Plan of Reorganization, and (D) Approving the Solicitation Procedures and Form of Solicitation Package and Notices |

---

[3] All items designated herein include all exhibits, attachments or other papers included within each docket entry for such item.

[4] Docket numbers refer to the docket in the main bankruptcy case, Case No. 06-11202 in the United States Bankruptcy Court for the District of Delaware.

| Exhibit # | Docket #[4] | Description |
|---|---|---|
| 8. | 1863 | Debtors' Amended Motion for an Order (A) Approving Disclosure Statement; (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Joint Plan of Reorganization; and (D) Approving Solicitation Procedures |
| 9. | 1875 | Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal |
| 10. | 1926 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (First Amended) |
| 11. | 1932 | Debtors' Objection to "Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal" [Docket No. 1875] |
| 12. | 1933 | Joinder of the Bank of New York Trust Company, N.A. in Debtors' Objection to "Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal" [Docket No. 1875] |
| 13. | 1934 | Joinder of Pacificor, LLC to Debtors' Objection to Motion of Certain 9% Noteholders to Strike Debtors' Designation of Additional Items to be Included in Record on Appeal |
| 14. | 1937 | Notice of Filing of Proposed Committee Letter in Support of Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 15. | 1938 | Notice of Filing of "Exhibit 5" to Proposed Order Granting Debtors' Debtors' Amended Motion for an Order (A) Approving Disclosure Statement; (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Joint Plan of Reorganization; and (D) Approving Solicitation Procedures |
| 16. | 1942 | Notice of Filing of "Exhibit J" to the (First Amended) Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, Dated September 28, 2007 [Docket No. 1926] |

| Exhibit # | Docket #[4] | Description |
|---|---|---|
| 17. | 1943 | Motion for an Order Authorizing Debtors to File a Reply to the (I) "Supplemental Objection by Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Disclosure Statement" [Docket No. 1931] and (II) "Supplement to Limited Objection of the United States Trustee to Debtors' Disclosure Statement, Dated August 22, 2007 and Emergency Motion to Amend Backstop Rights Purchase Agreement (Docket Nos. 1897 & 1926)" [Docket No. 1936] |
| 18. | 1944 | Debtors' Omnibus Reply to (A) Supplemental Objection by Certain Holders of 9% Senior Subordinated Notes to Disclosure Statement [Docket No. 1931]; and (B) the Supplement to the U.S. Trustee's Limited Objection [Docket No. 1936] |
| 19. | 1947 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Second Amended) |
| 20. | 1954 | Order Authorizing Debtors to File a Reply to Authorizing Debtors to File a Reply to the (I) "Supplemental Objection by Certain Holders of 9% Senior Subordinated Notes of Dura Operating Corp. to Disclosure Statement" [Docket No. 1931] and (II) "Supplement to Limited Objection of the United States Trustee to Debtors' Disclosure Statement, Dated August 22, 2007 and Emergency Motion to Amend Backstop Rights Purchase Agreement (Docket Nos. 1897 & 1926) [Docket No. 1936] |
| 21. | 1971 | Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Third Amended) |
| 22. | 1973 | Order (A) Approving Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Plan of Reorganization, and (D) Approving the Solicitation Procedures and Form of Solicitation Package and Notices |

RLF1-3200219-2

Dated: October 25, 2007
       Wilmington, Delaware

Respectfully submitted,

*[signature]*

Daniel J. DeFranceschi (Bar No. 2732)
Jason M. Madron (Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Richard M. Cieri
Marc Kieselstein, P.C.
Roger J. Higgins
Ryan Blaine Bennett
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Counsel for the Debtors and Debtors-in-Possession*