IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Dura Automotive Systems Inc.

|  |  |  |
|---|---|---|
| Holders of 9% Senior Subordinated Notes | ) | |
| Appellant | ) | Civil Action No.   07-682 |
| v. | ) | |
| Dura Automotive Systems Inc. | ) | |
| Appellee | ) | Bankruptcy Case No. 06-11202 |
|  | ) | Bankruptcy Appeal No. 07-98 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/4/07 was docketed in the District Court on 10/26/07:

> Order Pursuant to 11 U.S.C. 363(b) approving Amendment to Amended Backstop Rights Purchase Agreement

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   October 30, 2007

To:    U.S. Bankruptcy Court
       Counsel