IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Dura Automotive Systems Inc.

| | |
|---|---|
| Holders of Senior Subordinated Notes, ) ) Appellant ) ) v. ) ) Dura Automotive Systems, Inc., ) ) Appellee ) ) | Civil Action No. 07-682-SLR Bankruptcy Case No. 06-11202 Bankruptcy Appeal No. 07-98 |
| Holders of 9% Senior Subordinated Notes, ) U.S. Bank Trust National Association, and ) HSBC Bank USA National Association, ) ) Appellants ) ) v. ) ) Dura Automotive Systems, Inc., ) ) Appellee ) ) | Civil Action No. 07-576-SLR Bankruptcy Case No. 06-11202 Bankruptcy Appeal No. 07-89 |

## MOTION TO WITHDRAW APPEALS

Certain beneficial holders[1] of 9% senior subordinated notes due May 2009, issued by Dura Operating Corp., by and through undersigned counsel, pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, hereby move to withdraw Bankruptcy Appeal No. 07-89, docketed before this Court as Civil Action No. 07-682-SLR, and Bankruptcy Appeal No. 07-98, docketed before this Court as Civil Action No. 07-576-SLR (together, the "Appeals").

---

1   Thomas A. and Pattiann Kurak, J.W. Korth & Company, Charles T. Kurak, Tamara A. Kurak, Richard J. Thielen, Jeffrey S. Einstein, Jason A. Pieper, Jeffrey R. Werner, Curtis H. Werner, Donald L. Welker, Jeff Comfort, Daniel S. Hennum and Carl E. Kruger (the "9% Noteholder Appellants").

DMEAST #9948001 v1

1.  The Appeals are of the following two orders of the United States Bankruptcy Court for the District of Delaware: (i) Order dated August 20, 2007 [Docket No. 1680] granting the Debtors' Motion for Entry of an Order Under Sections 363 and 503 of the Bankruptcy Code Authorizing the Debtors to Enter into a Backstop Rights Purchase Agreement in Connection with a Contemplated Rights Offering and (II) Pay Certain Associated Fees (the "First Backstop Order"), and (ii) Order dated October 4, 2007 [Docket No. 1974] granting the Debtors' Emergency Motion for an Order Pursuant to 11 U.S.C. § 363(b) Approving Amendment to Amended Backstop Rights Purchase Agreement (the "Second Backstop Order", together, the "Orders").

2.  The Orders approve that certain Amended Backstop Rights Purchase Agreement dated as of August 13, 2007, by and among Dura Automotive Systems, Inc. and Pacificor, LLC (the "Backstop Agreement"), as well as certain subsequent amendments to the Backstop Agreement. The Backstop Agreement was to form the centerpiece of the Debtors' First Amended Joint Plan of Reorganization (as amended or modified, the "Plan") and its terms were incorporated therein.

3.  Upon information and belief, the Debtors are no longer pursuing the Plan because of an inability to obtain financing that would enable them to confirm the Plan and exit bankruptcy.

4.  Accordingly, the 9% Noteholder Appellants seek to withdraw the Appeals.

5.  Because other parties have appealed the First Backstop Order, the 9% Noteholder Appellants are required to proceed by Motion under Bankruptcy Rule 8001(c)(2). However, upon information and belief, these parties also do not intend to pursue their appeals.

WHEREFORE, the 9% Noteholder Appellants respectfully request that the Appeals be withdrawn, and for such other and further relief as is appropriate and just.

Respectfully submitted,

Dated: January 3, 2008  
Wilmington, Delaware

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Tobey M. Daluz
Tobey M. Daluz, Esquire (No. 3939)
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone:    (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com

and

Vincent J. Marriott, III, Esquire
Jesse N. Silverman, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 665-8500
Facsimile: (215) 864-9762
E-mail: marriott@ballardspahr.com
        silvermanj@ballardspahr.com

Attorneys for 9% Noteholder Appellants

## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire hereby certify that on this 3rd day of January 2008, I caused a true and correct copy of the foregoing Motion to Withdraw Appeals to be served on the attached service list in the manner indicated.

/s/ Tobey M. Daluz
Tobey M. Daluz (No. 3939)

## SERVICE LIST

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
**HAND DELIVERY**

Richard M. Cieri, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 53rd Street
New York, NY 10022
**FIRST CLASS MAIL**

Marc Kielelstein, P.C.
Roger J. Higgins, Esquire
Ryan Blaine Bennett, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
**FIRST CLASS MAIL**

M. Blake Cleary
Edmon Morton
Erin Edwards
Young Conaway Stargatt & Taylor, LLP
P.O. Box Box 391
The Brandywine Building
1000 West Street, 17th Floor,
Wilmington, DE 19899-0391
**HAND DELIVERY**

Thomas Moers Mayer
David M. Feldman
Douglas Mannal
Jaime Young
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**FIRST CLASS MAIL**

John R. Ashmead, Esquire
Arlene R. Alves, Esquire
Seward & Kissell LLP
One Battery Park Plaza
New York, NY 10004
**VIA FIRST CLASS MAIL**

Donald J. Detweiler, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 Orange Street, Suite 1200
Wilmington, DE 19801
**VIA HAND DELIVERY**

David E. Retter, Esquire
Craig A. Wolfe, Esquire
Jonathan Hook, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
**VIA FIRST CLASS MAIL**

William K. Harrington
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19899-0035
**HAND DELIVERY**